**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FORD MOTOR COMPANY, ET AL.,,
    Plaintiff(s),

CASE NUMBER: 08-CV-13503

v.

HONORABLE ROBERT H. CLELAND

MICHIGAN CONSOLIDATED GAS COMPANY,
    Defendant(s).
                                                 /

**NOTICE OF:**
**STATUS CONFERENCE**

You are hereby notified to appear before the Honorable Robert H. Cleland, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 707 |
|---|---|---|
| **OCTOBER 14, 2009** | 10:00 AM | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**CERTIFICATE OF MAILING**

I hereby certify that a copy of this notice was served upon ALL COUNSEL OF RECORD on this date October 2, 2009 by electronic and/or ordinary mail

Date:    10/2/2009

s/ Lisa Wagner
Deputy Clerk    313-234-5522