UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

FORD MOTOR COMPANY, ET AL.,

        Plaintiffs,

v.                                              Case No. 08-CV-13503-DT

MICHIGAN CONSOLIDATED GAS COMPANY,

        Defendant.

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO:    CLERK

Please withdraw my appearance as co-counsel on behalf of Severstal North America, Inc., in the captioned action. Severstal North America, Inc., will be represented in this matter by remaining co-counsel.

                                        Respectfully submitted,

                                        /s/ Robert V. Campedel
                                        Robert V. Campedel
                                        MICH ID No. 47828
                                        ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                        44th Floor U.S. Steel Tower
                                        600 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 566-6000 (Telephone)
                                        (412) 566-6099 (Facsimile)

                                        *Counsel for Plaintiff, Severstal North America, Inc.*

{J1328990.1}

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the foregoing Praecipe for Withdrawal of Appearance was served on the below-named counsel *via* electronic transmission and/or *via* United States mail, first class, postage prepaid, this 2nd day of October, 2009 and addressed as follows:

*Counsel for Co-Plaintiff, Ford Motor Company:*

    D. Lee Khachaturian, Esquire
    dkhachaturian@dickinsonwright.com
    Tammy L. Helminski, Esquire
    thelminski@dickinsonwright.com
    Dickinson Wright
    Suite 4000
    500 Woodward Avenue
    Detroit, MI 48226-3425

*Co-Counsel for Co-Plaintiff, Severstal North America, Inc.:*

    Barbara D. Urlaub, Esquire
    burlaub@driggersschultz.com
    William C. Schaefer, Esquire
    vstewart@driggersschultz.com
    Suite 550
    2600 W. Big Beaver Road
    Troy, MI 48084

*Counsel for Defendant, Michigan Consolidated Gas Company:*

    Mark A. Erman, Esquire
    ermanm@pepperlaw.com
    Matthew J. Lund, Esquire
    lundm@pepperlaw.com
    Scott L. Gorland, Esquire
    gorlands@pepperlaw.com
    Pepper Hamilton
    Suite 3600
    100 Renaissance Center
    Detroit, MI 48243-1157

                                                   /s/ Robert V. Campedel
                                                 Robert V. Campedel

{J1328990.1}