# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FORD MOTOR COMPANY, ET AL.,

    Plaintiffs,

v.                                                                           Case No. 08-CV-13503-DT

MICHIGAN CONSOLIDATED GAS COMPANY,

    Defendant.
                                                                    /

**ORDER SETTING TELEPHONE CONFERENCE AND SCHEDULING CONFERENCE**

      On October 20, 2009, the court conducted a telephone conference in the above-captioned matter. Counsel informed the court that they are considering the option of proceeding to a private facilitation, but had not yet finalized any such agreement. Counsel requested additional time to pursue this option. The court will allow additional time, but cautions counsel that a decision regarding facilitation needs to be made as soon as practicable. Accordingly,

      IT IS ORDERED that the court will conduct a telephone conference on **November 19, 2009 at 11:00 a.m.** The court will initiate the call. If the parties have not finalized any decision to facilitate at that time, then the court will conduct a scheduling conference on **November 30, 2009 at 2:30 p.m.**

                                                                  S/Robert H. Cleland
                                                                  ROBERT H. CLELAND
                                                                  UNITED STATES DISTRICT JUDGE

Dated: November 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 9, 2009, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\08-13503.FORD.MICHCON.ConferenceDates.wpd