**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FORD MOTOR COMPANY, et al.,

    Plaintiffs,

v.                                                                                                  Case No. 08-CV-13503-DT

MICHIGAN CONSOLIDATED GAS COMPANY,

    Defendant.
                                                       /

**ORDER SETTING DEADLINES AND CANCELING SCHEDULING CONFERENCE**

On November 19, 2009, the court conducted a telephone conference in the above-captioned matter. Counsel informed the court that they have agreed generally to a private facilitation, but have not yet finalized any such agreement. Counsel did agree, however, to certain deadlines in reaching their final agreement. Specifically, the parties agreed that, by December 10, 2009, they will exchange the names of their proposed facilitators. The parties will attempt to agree to a facilitator by December 17, 2009. In the event they cannot agree to a facilitator, the parties will submit the list of proposed names, with no identification of which party has proposed the respective facilitators, by December 18, 2009. The court will then choose a facilitator by the end of December, and the parties will agree to utilize the selected facilitator. The parties have also agreed to exchange relevant documents by January 29, 2010, and that they will attempt to facilitate the case in March or April of 2010. The court agrees with this proposed schedule. Accordingly,

IT IS ORDERED that by **December 18, 2009**, the parties shall jointly submit either (1) the name of the agreed upon facilitator or (2) the list of the proposed facilitators for the court's selection. The court will thereafter issue an order which will send this case to private facilitation.[1]

**IT IS FURTHER ORDERED that the Scheduling Conference set for November 30, 2009 is CANCELED.**

                                         S/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated:  November 25, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 25, 2009, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\08-13503.FORD.MICHCON.Facilitation.wpd

---

[1] In the event the parties need additional time to select a facilitator due to the voluntary participation of certain governmental agencies, the parties should notify the court's case manager via telephone at (313) 234-5522.