UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, a
Delaware Corporation; SEVERSTAL
NORTH AMERICA, INC., a Delaware
Corporation,

        Plaintiffs/Counter-Defendants,

vs.

MICHIGAN CONSOLIDATED
GAS COMPANY, a Michigan
Corporation,

        Defendant/Counter-Plaintiff.
_____/

Civil Case No. 2:08cv13503
Hon. Robert H. Cleland

**STIPULATED ORDER SUSPENDING BRIEFING ON
PLAINTIFFS' PARTIAL MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

The parties to this litigation have agreed to a private facilitation as set forth in the Court's Order dated November 25, 2009. In light of their agreement to facilitate, the parties have agreed to suspend the briefing deadlines related to the pending Partial Motion to Dismiss Defendant's Counterclaim filed by Plaintiffs/Counter-Defendants Ford Motor Company and Severstal North America, Inc. (the "Partial Motion to Dismiss"). The Court agrees that suspension of briefing deadlines is appropriate. Accordingly:

IT IS HEREBY ORDERED that briefing on the Partial Motion to Dismiss (Docket No. 42) is suspended until further notice by the Court. In the event the facilitation does not resolve this lawsuit, the parties shall contact the Court to discuss briefing deadlines.

IT IS SO ORDERED.

        s/Robert H. Cleland_____
        UNITED STATES DISTRICT JUDGE

We stipulate to the entry of this Order:


/s/ D. Lee Khachaturian
D. Lee Khachaturian (P59966)
Attorney for Ford Motor Company


/s/ Scott Dismukes
Scott Dismukes (P61811)
Counsel for Severstal North America, Inc.


/s/ Matthew J. Lund
Matthew J. Lund (P48632)
Counsel for Michigan Consolidated Gas Co.


#11842308 v1 (105125.29)