UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, et al.,

    Plaintiffs,

v.                                                   Case No. 08-CV-13503-DT

MICHIGAN CONSOLIDATED GAS COMPANY,

    Defendant.
                                                        /

**FACILITATION ORDER**

      By agreement of the parties, this case will proceed to a private facilitation with Michael Last who, the court expects, will make every effort to facilitate this case in March or April of 2010. Accordingly,

      IT IS ORDERED that all court-supervised activities are hereby SUSPENDED pending the parties' voluntary facilitation.

      IT IS FURTHER ORDERED that the parties are DIRECTED to notify the court's case manager when their facilitation date is scheduled. The court intends to schedule a status conference approximately two weeks after the facilitation date.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 13, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2010, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522