UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, et al.,

    Plaintiffs,

v.                                        Case No. 08-CV-13503-DT

MICHIGAN CONSOLIDATED GAS COMPANY,

    Defendant.
                                                         /

**ORDER SETTING DEADLINE TO AMEND, SETTING TELEPHONE CONFERENCE,
HOLDING IN ABEYANCE THE MOTION TO COMPEL DISCOVERY
AND GRANTING MOTION FOR EXTENSION OF TIME**

On October 24, 2011, the court conducted a telephone conference in this matter. During the conference, the court discussed the Government's motion to extend the time to respond to the Third Party Complaint filed against it by Michigan Consolidated Gas Company. The Government originally asked for the extension due to various proposed orders presented to the court in *Ford Motor Co. v. United States*, Case No. 04-72018 (E.D. Mich.) (Hon. Bernard A. Friedman). Judge Friedman declined to enter the proposed order as it relates to this action, and Plaintiffs indicated during the conference that, because of Judge Friedman's decision, they wanted to file an amended complaint against the United States of America. The Government stated that it would likely consent to the amendment, and the court gave Plaintiffs until November 30, 2011, to file either a stipulation or a motion to amend. In light of this development, and in order to conserve resources, the court will also grant the pending motion to extend. Accordingly,

IT IS ORDERED that Plaintiffs shall submit either a stipulation or a motion to amend by **November 30, 2011**.  The court shall conduct a telephone conference on **December 7, 2011, at 11:00 a.m.**

IT IS FURTHER ORDERED that the Government's motion for an extension of time [Dkt. # 85] is GRANTED.  The time to respond to the Third Party Complaint is hereby EXTENDED without date until further order.

Finally, IT IS ORDERED that Defendant's motion to compel [Dkt. # 84] is HELD IN ABEYANCE.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  November 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 4, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522