UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY and
AK STEEL CORPORATION,

        Plaintiff,                    Case No. 08-cv-13503

                                          Paul D. Borman
v.                                  United States District Judge

DTE GAS COMPANY,

        Defendant.
_____/

## ORDER DENYING PLAINTIFF FORD MOTOR COMPANY'S MOTION TO AMEND THE CASE MANAGEMENT ORDER

Plaintiff Ford Motor Company's Motion to Amend the Case Management Order (ECF No. 220) is DENIED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: March 7, 2018

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 7, 2018.

                                          s/Deborah Tofil
                                          Case Manager